1  MICHAEL K. BRISBIN (SBN:169495)
   Email:  michael.brisbin@wilsonelser.com
2  LISA SILVA PASSALACQUA (SBN:161990)
   Email: lisa.passalacqua@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California  94105
5  Telephone:  (415) 433-0990
   Facsimile:   (415) 434-1370
6
   Attorneys for Plaintiff
7  **AMERICAN GENERAL LIFE INSURANCE COMPANY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No.  CV 14-02986-TLN-CKD |
|---|---|
| Plaintiff, | **ORDER ON PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S REQUEST FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST DEFENDANT KIMBERLY GISH-BAKER** |
| vs. | |
| KIMBERLY GISH-BAKER, | |
| Defendant. | |
| | **FRCP Rule 41(a)(2)** |

1    The Court having considered Plaintiff American General Life Insurance
2    Company's request, finds that good cause appears for its request because:
3        (1)    No Defendant has answered the Complaint.
4        (2)    Defendant Gish-Baker returned an executed and notarized Voluntary
5    Rescission Agreement dated January 14, 2015, wherein she agreed to the
6    rescission of American General Life Insurance policy number
7    YMD7275863.
8        (3)    American General accepted the executed and notarized Voluntary
9    Rescission Agreement from Defendant Gish-Baker, and;
10       (4)    In exchange for the executed and notarized Voluntary Rescission
11   Agreement, American General agrees to dismiss its lawsuit with prejudice, each
12   side to bear its own costs and fees.
13       **NOW, THEREFORE**, the above captioned action is hereby dismissed
14   with prejudice, each side to bear its own costs and fees.

Dated:  January 30, 2015

_____
Troy L. Nunley
United States District Judge